UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 6 2002

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| versus | § | Civil Action B-02-009 |
| | § | |
| Federico Lozano | § | |

MOTION FOR CONTINUANCE
AND MEMORANDUM

The United States of America moves to continue the pretrial conference scheduled for May 15, 2002.

1.  The United States has obtained service on the defendant. Defendant was served by sub-service to wife on April 15, 2002.

The United States requests that the pretrial conference be reset until after defendant has filed an answer or responsive pleading.

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on all parties on this 2nd day of May, 2002 in accordance with the Federal Rules of Civil Procedure.

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *versus* | § § | Civil Action B-02-009 |
| Federico Lozano | § | |

ORDER OF CONTINUANCE

Upon the Motion of the United States, the pretrial conference set for May 15, 2002 at 2:00 p.m. is continued until a time to be established by the Court. This case is continued until _____.

Signed this ____ day of _____, 2002, at Brownsville, Texas.

_____
United States District Judge