UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | Civil Action B-02-009 |
| Federico Lozano | § | |

ORDER OF CONTINUANCE

Upon the Motion of the United States, the pretrial conference set for May 15, 2002 at 2:00 p.m. is continued until a time to be established by the Court. This case is continued until __June 18, 2002, at 2:00 p.m__.

Signed this 7th day of May, 2002, at Brownsville, Texas.

_____
United States Magistrate Judge