United States District Court
Southern District of Texas
FILED

MAY 13 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA, §
§
versus § Civil Action B-02-009
§
Federico Lozano §

## MOTION FOR ENTRY OF DEFAULT

Pursuant to Rule 55(a), FED. R. CIV. PROC., the United States of America moves for the entry of default against Federico Lozano who has not filed an answer or other responsive pleading in this cause.

Federico Lozano was served through service on his wife at the address defendant is shown to be a partial owner, at the address at which he is listed as having a telephone number, and which defendant's stated was his address. After service, defendant's wife stated that defendant no longer lived at the address, but provided no address for defendant.

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

**Certificate of Service**

I certify that a true copy of the Motion for Entry of Default, Entry of Default, Motion for Default Judgment, and the proposed Default Judgment was sent to Federico Lozano at 1302 N. D. St. Harlingen, TX 78550, by (1) certified mail, return receipt requested, No. 7001 1940 0006 6787 7209, and (2) regular, first class mail on the 9th day of May, 2002.