9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *versus* | § | Civil Action B-02-009 |
| | § | |
| Federico Lozano | § | |

ENTRY OF DEFAULT

Having considered plaintiff's Motion for Entry of Default, pursuant to Rule 55(a), FED. R.

CIV. PROC., the Clerk of the Court is hereby ordered to make an entry of default against Federico

Lozano in that the defendant has not filed an answer or other responsive pleading in this cause.

Signed this 3rd day of June, 2002, at Brownsville, Texas.

_____
United States **Magistrate Judge**