UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUL 0 5 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| VS | § | CIVIL ACTION NO. B-02-009 |
| FEDERICO LOZANO | § | |

### ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

A. The Magistrate Judge's Report and Recommendation s hereby ADOPTED;

B. Plaintiff's Motion for Default Judgment (Pleading No. 8) is hereby GRANTED; and

C. Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

| | | | |
|---|---|---|---|
| 1. | Principal Balance as of August 3, 1999 | | $ 4,320.66 |
| 2. | Current Interest | | $ 2,406.04 |
| 3. | Administrative Fees, Costs, Penalties | | $     0.00 |
| 4. | Attorney's Fees | | $   550.00 |
| 5. | Pre-Judgment Interest Rate Per annum | | 8.41% |
| 6. | Daily Accrual: | | $     1.00 |
| 7. | TOTAL Balance Due (Including Attorney's Fees) | | $ 7,276.70 |
| 8. | Post Judgment Interest equals  2.10  % per annum | | |

DONE in Brownsville, Texas, this __2__ of __July__, 2002.

Hilda G. Tagle
United States District Judge